Ben A. Snipes
KOVACICH SNIPES JOHNSON, P.C.
P.O. Box 2325
Great Falls, MT 59403
(406) 761-5595
ben@justicemt.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| TYLER GIBSON, | ) | CAUSE NO. CV-23-55-JTJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, the above-named parties, by and through their counsel of record, and hereby stipulate and agree that this case has been fully resolved on the merits and may be dismissed with prejudice, each side to bear their own costs and attorney fees.

DATED this 11th day of November, 2024.

        KOVACICH SNIPES JOHNSON, P.C.

BY:  /s/ Ben A. Snipes
      Ben A. Snipes
      P.O. Box 2325
      Great Falls, MT 59403
      Attorneys for Plaintiff

GARLINGTON, LOHN & ROBINSON, PLLP

BY:  /s/ Randall J. Colbert
      Randall J. Colbert
      P.O. Box 7909
      Missoula, MT 59807
      Attorneys for Defendant