IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | | |
|---|---|---|
| TYLER GIBSON, | ) | CAUSE NO. CV-23-55-GF-JTJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| STATE FARM MUTUAL | ) | |
| AUTOMOBILE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

Pursuant to the Stipulation filed by and between the parties, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned matter is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 12th day of November, 2024.

_____
John Johnston
United States Magistrate Judge